FENELLA BURRELL, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

(Submitted June 10, 1918; decided June 14, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 222 N. Y. 513.)

---

ALBERT E. DURYEA, as Executor of ELIZA F. DURYEA, Deceased, Appellant, *v.* JENNIE M. KNAPP, as Administratrix of the Estate of JANE A. CONKLIN, Deceased, Respondent, Impleaded with Another.

SAME, Appellant, *v.* SAME, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

MABEL D. POLHEMUS, Appellant, *v.* JENNIE M. KNAPP, as Administratrix of the Estate of JANE A. CONKLIN, Deceased, Respondent, Impleaded with Another.

(Submitted June 10, 1918; decided June 14, 1918.)

Motion to amend remittitur denied, without costs. (See 223 N. Y. 643.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDRE L. STAPLER, Appellant.

(Submitted June 10, 1918; decided June 14, 1918.)

Motion for re-argument denied. (See 223 N. Y. 692.)